**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**


**NANCY TEDESCO and JOSEPH TEDESCO, SR.**                    **PLAINTIFFS**

**V.**                                      **CIVIL ACTION NO.1:06CV946 LTS-RHW**

**ALLSTATE INSURANCE COMPANY,
JOSEPH NORWOOD, JAMES SMITH,
JWS, INC., ET AL.**                                **DEFENDANTS**


## <u>ORDER</u>

The depositions of the plaintiffs and of James Smith, the local defendant in this action, were noticed [15] [16] [17] for and taken on March 13, 2007.  Since this testimony may have a direct and substantial bearing on the merits of the plaintiffs' motion [6] to remand, I want to read and consider that testimony in deciding the merits of this motion.  Accordingly, I am entering this order that a transcription (without exhibits) of the testimony of all three parties be filed within the coming ten days.

**SO ORDERED** this 11th day of June, 2007.


s/ <u>L. T. Senter, Jr.</u>
L. T. SENTER, JR.
SENIOR JUDGE