UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NANCY TEDESCO and JOSEPH TEDESCO, SR.**     **PLAINTIFFS**

V.     CIVIL ACTION NO.1:06CV946 LTS-RHW

**ALLSTATE INSURANCE COMPANY,**
**JOSEPH NORWOOD, JAMES "STUFFY" SMITH,**
**JWS, INC., ET AL.**     **DEFENDANTS**

## ORDER DENYING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' motion [11] to supplement their motion to remand is hereby **GRANTED**;

That the plaintiffs' motion [6] to remand is hereby **DENIED**;

That **SUMMARY JUDGMENT IS HEREBY GRANTED** in favor of Defendants James Smith and JWS, Inc.

That the plaintiffs' claims against Defendants James Smith and JWS, Inc. are hereby **DISMISSED**.

**SO ORDERED** this 10th day of September, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE